CV-N-99-00286-~~ECR~~ DWH (RAM)

Page 1

| DATE FILED: 05/26/99 | | N/S: 440 | DISTRICT: 0978 | COUNTY: 32031 |
|---|---|---|---|---|
| DATE CLSD.: / / | J: 4 | ORG: 1  PD: 1  DD: 2  R23: 4  DMND: | | MDL...: |

## I. CAUSE

42:1983 - OTHER CIVIL RIGHTS
PAID $150 #8028

JURY DEMAND - P

## II. UPPER

ATTORNEY

| SUTER, BARBARA J. | Plaintiff |
| SUTER, HORACE BURL JR. | Plaintiff |
| SUTER, RACHAEL J. | Plaintiff |

Kevin J. Mirch, Esq.
201 W. Liberty St, Ste 201
P.O. Box 5396
Reno, NV  89513-5396
(775) 324-7444   (775) 324-7748-Fax
cnsl for all Ps

**First Amended Complt fld 8/09/99, #6.**
(No change in prts) **per Ord #5**

## III. LOWER

ATTORNEY

| CURY, NEAL G. JR. 5 | Defendant |
| •HOSPITAL CORPORATION OF AMERIC. | Defendant |
| COLUMBIA HCA, INC 4 | Defendant |
| •FRIST, THOMAS A. | Defendant |
| •STACK, EDWARD | Defendant |
| DON, JAMES | Defendant |
| HEALTH ACQUISITION SERVICES, 5 I | Defendant |
| •NEVADA PSYCHIATRIC COMPANY 5 | Defendant |

Christopher R. Hooper   (#7)
Allen Wilt
LIONEL SAWYER COLLINS
50 West Liberty  #1100
Reno NV  89501
(775) 788-8666
   Cnsl for D: Edward Stack
Nev. Psychiatri Co.

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. CV-N-99-0286-ECR(RAM) DWH |
|---|---|---|
| BARBARA J. SUTER, et al. | NEAL G. CURY, JR., et al. | PAGE 2 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 05/26/99 | 1 | COMPLAINT w/ jry demnd obo Ps. (AT) lg [STRICKEN PER ORD #5] |
| --- | -- | SUMMONS/issud as to all Ds. (AT) lg |
| 05/27/99 | -- | js-5 (AT) lg |
| 06/11/99 | 2 | MINUTE/ORDER: (RAM) ORD cnsl for P sh hv **10 days** frm dt of ord to comply w/LR 10-6. Cps Dist. (AT) lm *mld-6/11/99 |
| 6/24/99 | 3 | CERTIFICATE of interested parties purs to LR 10-6 obo P. (m) (AT) wj |
| 6/25/99 | - | SUB to ECR Item #3 (AT) wj |
| 07/02/99 | 4 | MINUTE/ORDER: (HDM) ORD actn is reassignd to **DWH** for all fur procdngs. Cnsl are adv tht all fur docs sh bear correct case # **CV-N-99-286-DWH(RAM)**. Clk will chng fl & docket to reflect reassignmnt. Cps Dist. (AT) lm *mld-7/7/99 |
| 07/07/99 | -- | SUB to DWH: Item #1. (Per req frm DWH) (AT) lm |
| 07/09/99 | 5 | ORDER: (DWH) ORD complnt (**#1**) is **STRICKEN**. Ps sh hv **30 days** to fl A/C tht conforms to federal rules applicable to pldgs. If Ps do not do so, actn will be dismissed. Cps Dist. (AT) lm *mld-7/12/99 |
| 8/09/99 | 6 | **FIRST AMENDED COMPLAINT/JURY DEMAND.** olr |
| 8/10/99 | -- | SUB to DWH: Item #6. (AT) olr |
| 09/02/99 | -- | SUMMONS issd to cnsl for P. mkc |
| 10/18/99 | 7 | MOTION to dism 1st amended cmplnt obo D, Edward Stack. (m) (AT) mkc 14, 16, 21 |
| 10/19/99 | 8 | NOTICE of flng of declartn of Edward Stack (to #7?) (org) obo D, Edward Stack. (m) (AT) ng |
| 10/20/99 | 9 | CERTIFICATE/10-6 obo D, Edward Stack. (m) (AT) ng |
| 10/22/99 | -- | RECEIVED/STIPULATION to extnd tm to respnd to complnt - routed to crtrm deputy.(AT)ng |
| 10/25/99 | 10 | STIPULATION/ORDER: (DWH) ORD tht Ds **Hospital Corp/America and Thomas Frist** may file their initial resp to complt on 11/02/99. (AT) Cps dist. olr *mld-10/26/99 |
| 11/02/99 | 11 | MOTION/DISM 1st Am Complt obo **Hospital Corp/America**, a defunct Tennessee Corp.(m)(AT) 19, 25 |
| -- | 12 | MOTION/DISM 1st Am Complt obo **Hospital Corp/America,** a West Virginia Corp. (m)(AT)olr 19, 25 |
| -- | 13 | MOTION/DISM 1st Am Complt obo **Thomas A. Frist.** (m)(AT) olr 18, 26, |
| 11/04/99 | 14 | STIPULATION/ORDER: (RAM) ORD tht P may hv to/incl 11/19/99 to oppose D Stack's Mtn/Dism (**#7**). (AT) Cps dist. olr *mld-11/09/99 |
| 11/16/99 | 15 | CERTIFICATE/LR 10-6 obo Ds, Hospital Corp. of Am, for West Virginia & Tennessee & Dr. Thomas A. Frist. (There are interested ptys). (m) (AT) blg. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. CV-N-99-286-DWH (RAM) |
|---|---|---|
| SUTTER, et al | CURY, et al | PAGE 3 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 11/19/99 | 16 | OPPOSITION to mtn to dism (#7) obo P. (m)(AT) wj |
| 11/23/99 | 17 | STIPULATION/ORDER: (DWH) ORD P sh hv til **11/29/99** w/in wh to file his opps to mtns to dism **(#11,12, & 13)**. Cps.Dist. (AT) blg. *mld-11/24/99. |
| 11/29/99 | 18 | OPPOSITION to mtn/dism obo P. (m)(AT) olr |
| -- | 19 | OPPOSITION to mtn/dism obo P. (m)(AT) olr |
| 12/2/99 | 20 | STIPULATION/ORDER: (DWH) ORD tm to reply to mtn to dism **(#7)** ext til **12/3/99**. Cps. Dist. (AT) blg. *mld-12/6/99. |
| 12/13/99 | 21 | REPLY of D **Edward Stack** in sprt of Mtn/Dism **(#7)**. (m)(AT) olr |
| -- | -- | RECEIVED stip/ext tm to file reply in sprt of mtns/dism obo Ds **Frist, HCA-TN, HCA-WVA**. (Orig sent to chambers) olr |
| 12/15/99 | 22 | STIPULATION/ORDER: (DWH) ORD tht Ds may file replies in sprt of their Mtns/Dism by 12/20/99. (AT) Cps dist. olr Mld-12/15/99 |
| 12/17/99 | 23 | MINUTE ORDER (RAM) ORD parties hv 5 days from recept of ths m/o to sub said disc plan and sched ord. cps dist wj (AT). mld 12/17/99 |
| 12/17/99 | 24 | NOTICE givn this action sh be dism w/o prej as to parties unless by **1/15/2000** there is filed with clk proof of service on the abvnames parties. cps dist wj (AT) mld 12/17/99 |
| 12/17/99 | 25 | REPLY in supprt of mtn to dism **(#11 & 12)** obo Ds: Hospital Corp of America (West Virginia & Tennessee). (m) (AT) lm |
| 12/20/99 | -- | SUB to DWH: Item #7, 11, 12 & 13. (AT) lm |
| -- | 26 | REPLY of **Dr. Frist** in sprt of Mtn/Dism **(#13)** (m)(AT) olr |
| 12/21/99 | -- | SUB to DWH: Items #13, 18, 26. (AT) olr |
| 12/27/99 | -- | RECEIVED Stip/Disc/Plan & Sched/ord. (Orig sent to chambers) olr |
| 1/03/00 | 27 | STIPULATION/ORDER: (RAM) ORD **disc 8/28/00; disp mtns 9/27/00; PTO 10/27/00; mtns due 8/02/00**. (AT) Cps dist. olr *mld-1/04/00 |
| 1/14/00 | 28 | MOTION for enlrgmnt of tm in wh to srv Ds, Neal Cury, Jr.; Columbia, HCA, Inc.; James Don; Health Acquisition Services; & Nevada Psychiatric Company obo P. (m) (AT) blg. *3/A, 38* |
| 1/18/00 | -- | SUB to RAM: Item #28. (AT) blg. |
| 1/19/00 | 29 | SUMMONS/RTN: Srvd as to Hospital Corporation of America by srvg cnsl Ben Burns, Cnsl-Columbia/HCA Healthcare Corp. authorized to accept srv. on 10/5/99. (p) (AT) blg. |

**DOCKET ENTRIES CONT'D ON PAGE #4**

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CV-N-99-286-DWH(RAM) DOCKET NO. |
|---|---|---|
| SUTTER, et al. | CURY, et al. | PAGE 4 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1/19/00 | 30 | SUMMONS/RTN: Srvd as to Thomas A. Frist, Jr. by srvg Ben Burns, Esq. Cnsl for Columbia/HCA Healthcare Corp., accpted srv for chairman, Thomas A. Frist, Jr. on 10/5/99. (p) (AT) blg. |
| -- | 31 | SUMMONS/RTN: Srvd as to Edward Stack by srvg him on 10/5/99. (p) (AT) blg. |
| 1/21/00 | 32 | NOTICE of change of firm address of cnsl for P; Law office Mirch & Mirch, 201 W Liberty St, Ste 201, Reno NV 89501. Teleph remain same. (m)(AT) wj |
| 1/20/00 | 52 ~~31A~~ | OPPOSITION to mtn for enlargment (#28) obo Ds. (m)(AT) wj |
| 1/24/00 | --- | SUB to DWH/rlo #31A  (AT) wj |
| 1/21/00 | -- | STIP to extnsn tm for initial discl. orig to chambers. wj |
| 1/24/00 | 33 | STIPULATION/ORDER: (RAM) ORD tht Ps hv 14 dy ext/tm thru/incl 2/04/00, to provide Ps Initial Disclosures. (AT) Cps dist. olr  *mld-1/26/00 |
| 2/01/00 | -- | SUB to DWH:  Item #28. (AT) olr |
| 2/3/00 | 34 | SUMMONS/RTN as to Nv Psychiatric Co, Inc by personally serving Betsy Gould on 2/3/00. wj  (AT)  (m) |
| 2/4/00 | 35 | STIPULATION/ORDER (RAM)  ORD P as till **2/10/00** to file reply to Oppo (#31A) cps dist wj AT) |
| 2/08/00 | 36 | MOTION/DISMISS 1st Am Complt obo D **Nev/Psychiatric Co.** (m)(AT) olr 41, |
| 2/09/00 | 37 | SUMMONS/RTN: Srvd as to **Neal G. Cury, Jr.** on 2/03/00 . (p)(AT) olr |
| 2/10/00 | 38 | REPLY to Oppo (**#31A**) to Mtn/Enlarg/tm (**#28**) obo P. (m)(AT) olr |
| 2/15/00 | -- | SUB to RAM:  Items #28, 31A, 38. (AT) olr |
| 2/23/00 | 39 | MOTION/DISMISS 1st Am Complt by D **Neal Cury.** (m)(AT) olr 42, |
| 2/28/00 | -- | RECEIVED Stip to ext tm to file Ps Oppo to Mtn/Dism (**#36**).(Orig to chmbrs) olr |
| 2/29/00 | 40 | STIPULATION/ORDER: (DWH) ORD tht Ps may hv a 7 day ext tm thru/incl 3/06/00 to file Ps Oppo to Mtn/Dism 1st am complt (**#36**). (AT) Cps dist. olr *mld-2/29/00 |
| 3/07/00 | -- | SUMMONS issd to cnsl for P re: **James Don.** olr |
| 3/06/00 | 41 | OPPOSITION to Mtn/Dism (**#36**) obo P. (m)(AT) olr |
| 3/13/00 | 42 | OPPOSITION to Mtn/Dism (**#39**) obo P. (m)(AT) olr |
| 3/14/00 | 43 | RTN/SUMMONS: Srvd as to **Health Acquisition Svcs, Inc.** on 3/14/00 by srvng Sec./ State in the person of Alta Fox. (p) olr |

Cont. on P. 5

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CV-N-99-286-ECR(RAM) |
|---|---|---|
| BARBARA J. SUTER, et al. | NEAL G. CURY, Jr., et al. | DOCKET NO. _____<br>PAGE 5 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 3/14/00 | 44 | RTN/SUMMONS: Srvd as to **Columbia-HCA, Inc.** on 3/14/00 by srvng Sec/State in the person os Alta Fox, Sec. (p) olr |
| -- | 45 | MOTION for ord to publish sums in re: D **James Don** obo P. (m)(Prpsd ord attached) |
| 3/15/00 | -- | SUB to RAM: Item #45. (AT) olr |
| 3/20/00 | 46 | REPLY in sprt of Mtn/Dism **(#36)** obo D Nv Psych Co. (m)(AT) olr |
| 3/27/00 | 47 | REPLY in sprt of Mtn/Dism **(#39)** by Neal Cury. (m)(AT) olr |
| 3/28/00 | -- | SUB to DWH: Item #39, 36, 41, 42, 46, 47. (AT) olr |
| 4/03/00 | 48 | MOTION/DISMISS 1st am complt obo D **Health Svcs. Acquisition Corp.**(m)(AT) olr |
| 4/21/00 | -- | RECEIVED Stip for enlarg/tm to file oppo to mtn/dism 1st am complt by **Health svcs Acquisition corp.** (Original to chmbrs) olr |
| 4/28/00 | 49 | STIPULATION/ORDER: (DWH) ORD tm to file opp to mtn to dism 1st am complnt **(#48)** ext til **5/5/00**. Cps.Dist. (AT) blg. *mld-5/2/00 |
| 05/05/00 | 50 | OPPOSITION to mtn to dism #48 obo P. (m) (AT) ng |
| 5/10/00 | 51 | REPLY in sprt of mtn/dism **(#48)** obo D **Health Svcs Acquis/Corp.**(m)(AT) olr |
| -- | -- | SUB to DWH: Items #48, 50, 51. (AT) olr |
| -- | 52 | See former #31A   all NED |

NED