UNITED STATES COURT OF APPEALS

FILED

FOR THE NINTH CIRCUIT

SEP 2 0 2001

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

BARBARA J. SUTER; et al.,

      Plaintiffs-Appellants,

    v.

NEAL G. CURY, JR., Hospital Corporation of America,

      Defendants,

HOSPITAL CORPORATION OF AMERICA; et al.

      Defendants-Appellees.

No. 01-16722

DC# CV-99-286-DWH
Nevada (Reno)

ORDER



A review of the record suggests that this court may lack jurisdiction over the appeal because the district court's determination that it would not entertain the Rule 60(b) motion is a procedural ruling and not a final determination on the merits. *See Gould v. Mutual Life Ins. Co. of New York*, 790 F.2d 769, 772 (9th Cir. 1986).

Within 14 days after entry of this order, appellants shall move for voluntary dismissal of the appeal or show cause why it should not be dismissed for lack of

75

01-16722

jurisdiction. If appellants elect to show cause, appellees may respond within 10 days after service of appellants' memorandum.

If appellants do not comply with this order, the Clerk shall dismiss this appeal pursuant to Ninth Circuit Rule 42-1.

Briefing is suspended pending further order of the court.


For the Court


Mike Stocker
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A