UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
DEC - 5 2001
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BARBARA J. SUTER, et al.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>NEAL G. CURY, JR., et al.,<br><br>Defendants,<br><br>and<br><br>HOSPITAL CORPORATION OF AMERICA, et al.,<br><br>Defendants - Appellees. | No. 01-16722<br><br>D.C. No. CV-99-00286-DWH<br>District of Nevada<br><br>ORDER |

Pursuant to the stipulation filed by the parties, this appeal is dismissed. *See* Fed. R. App. P. 42(b). This dismissal does not affect this court's proceedings in appeal no. 00-16901. The certified copy of this order sent to the district court shall constitute the mandate.

For the Court

Susan Gelmis

Susan V. Gelmis
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
DEC - 5 2001
by: _____
Deputy Clerk

S:\MOATT\Clrkords\12.01\svg\01-16722.wpd

INTERNAL USE ONLY: Proceedings include all events.
01-16722 Suter, et al, et al v. Nevada Psychiatric, et al

| | |
|---|---|
| BARBARA J. SUTER<br>    Plaintiff - Appellant | Marie Mirch<br>775-324-7444<br>Suite 201<br>[COR LD NTC ret]<br>MIRCH & MIRCH<br>201 W. Liberty Street<br>P.O. Box 5396<br>Reno, NV 89513-5396 |
| HORACE B. SUTER, JR.<br>    Plaintiff - Appellant | Marie Mirch<br>(See above)<br>[COR LD NTC ret] |
| RACHAEL J. SUTER<br>    Plaintiff - Appellant | Marie Mirch<br>(See above)<br>[COR LD NTC ret] |

v.

| | |
|---|---|
| NEAL G. CURY, JR., Hospital Corporation of America<br>    Defendant | No Appearance |
| HOSPITAL CORPORATION OF AMERICA<br>    Defendant - Appellee | Christopher R Hooper<br>702/788-8666<br>Ste 1100<br>[COR LD ret]<br>LIONEL, SAWYER & COLLINS<br>50 West Liberty St.<br>Reno, NV 89501<br><br>Allen J. Wilt, Esq.<br>775/788-8666<br>Suite 1100<br>[COR LD NTC ret]<br>LIONEL, SAWYER & COLLINS<br>50 W. Liberty Street<br>Reno, NV 89501 |
| COLUMBIA-HCA, INC.<br>    Defendant | No Appearance<br>(See above) |
| THOMAS A. FRIST, JR.<br>    Defendant - Appellee | Christopher R Hooper<br>(See above)<br>[COR LD ret]<br><br>Allen J. Wilt, Esq.<br>(See above)<br>[COR LD NTC ret] |
| EDWARD STACK<br>    Defendant - Appellee | Christopher R Hooper<br>(See above)<br>[COR LD ret] |

INTERNAL USE ONLY: Proceedings include all events.
01-16722 Suter, et al, et al v. Nevada Psychiatric, et al

|  |  |
|---|---|
|  | Allen J. Wilt, Esq.<br>(See above)<br>[COR LD NTC ret] |
| JAMES DON<br>    Defendant | No Appearance<br>(See above) |
| HEALTH ACQUISITION SERVICES,<br>INC.<br>    Defendant | No Appearance<br>(See above) |
|  | Allen J. Wilt, Esq.<br>(See above)<br>[COR LD NTC ret] |
| NEVADA PSYCHIATRIC COMPANY,<br>INC.<br>    Defendant - Appellee | Christopher R Hooper<br>(See above)<br>[COR LD ret] |
|  | Allen J. Wilt, Esq.<br>(See above)<br>[COR LD NTC ret] |